IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERLING RENAY WILLIAMSON, et al. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:26-CV-0116-K-BW |
| | § | |
| PLAZA HOME MORTGAGE, INC., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Plaintiffs have not sought to file an amended complaint in this action.  Accordingly, the court GRANTS Defendant's motion to dismiss and, by separate judgment, this action will be dismissed with prejudice under Federal Rule of Civil Procedure 12(b)(6).

SO ORDERED.

Signed on March 16th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE